AO ___ Order Regarding Motion for Sentence Reduction
# UNITED STATES DISTRICT COURT

EASTERN District of ARKANSAS

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

UNITED STATES OF AMERICA

v.

ERIC AUSTIN

Case Number: 4:00-CR-00222-01 GTE
USM Number: 22238-009
Donald E. Warren (Ret) - (At Orig. Sentencing)
Defendant's Attorney

**Date of Original Judgment:** 12-20-2001
(Or Date of Last Amended Judgment)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
☒ GRANTED and the defendant's previously imposed sentence of imprisonment of __90__ months is reduced to **TIME SERVED AS OF MARCH 3, 2008**.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level (Prior to Departure/Variance/Rule 35): __29__
Criminal History Category: __I__
Previous Guideline Range: __87__ to __108__ months

Amended Offense Level: __27__
Criminal History Category: __I__
Amended Guideline Range: __70__ to __87__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __12/20/2001__ shall remain in effect.
**IT IS SO ORDERED.**

Feb 15, 2008
Order Date

/s/ Garnett Thomas Eisele
Signature of Judge

March 3, 2008
Effective Date (if delayed)

G. Thomas Eisele, Sr. District Judge
Name and Title of Judge